UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATION'S FOODSERVICE, INC.,

Plaintiff,

v.

CALISE PARTNERS, LLC,

Defendant.

Case No. 26-cv-01935-JST

**ORDER TO SHOW CAUSE**

This case was filed on March 5, 2026. ECF No. 1. As of the date of this order, the docket reflects no evidence that the summons and complaint have been served on the defendant.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

125 days have now passed since the filing of the complaint. Plaintiff is therefore ordered to show cause why this case should not be dismissed for failure to serve. A written response to this order is due by July 14, 2026. The Court will conduct a hearing on the order to show cause on July 28, 2026 at 2:00 p.m.

In its written response, Plaintiff should also explain why it failed to file a case management statement on June 30, 2026 as ordered. ECF No. 12. The case management conference scheduled for July 7, 2026 is continued to July 28, 2026. A case management statement is due July 14, 2026.

If Plaintiff's written response to the order to show cause is accompanied by satisfactory

evidence that the summons and complaint have been served, the order to show cause will be withdrawn and the hearing will be converted to a case management conference.

**IT IS SO ORDERED.**

Dated:  July 6, 2026



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

2