**BOUTIN JONES INC.**
Michael G. Cross, SBN 268999
Michael C. Hopkins, SBN 328995
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597
Email: mcross@boutinjones.com
mhopkins@boutinjones.com

Attorneys for Plaintiff Nation's Foodservice, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NATION'S FOODSERVICE, INC.,<br>Plaintiff,<br>vs.<br>CALISE PARTNERS, LLC,<br>Defendant. | **Case No. 4:26-cv-01935-JST**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Complaint filed: March 5, 2026 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Nation's Foodservice, Inc., through its counsel of record, hereby gives notice that the above captioned action is voluntarily dismissed, in its entirety, without prejudice. Defendant Calise Partners, LLC, has not served an answer or motion for summary judgment in this action. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

DATED: July 22, 2026

BOUTIN JONES INC.

By: */s/ Michael G. Cross*
MICHAEL G. CROSS
MICHAEL C. HOPKINS

Attorneys for Plaintiff Nation's Foodservice, Inc.